# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Eric Eugene Rowe                              Docket No. 5:05-CR-129-3D

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Eugene Rowe, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), a Quantity of Cocaine, and a Quantity of Marijuana, and Aiding and Abetting, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Aiding and Abetting was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on February 7, 2006, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation office with access to any requested financial information.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Eric Eugene Rowe was released from custody on March 1, 2010, at which time the term of supervised release commenced. On January 16, 2013, the defendant pled guilty in Wayne County District Court to Driving While License Revoked (12CR702052). Additional counts of Driving While License Revoked and Operate Vehicle with No Insurance (12CR2580) were dismissed. Rowe

Eric Eugene Rowe
Docket No. 5:05-CR-129-3D
Petition For Action
Page 2

was sentenced to 18 months probation for his conduct. Based upon his conviction, the probation office respectfully requests that the defendant be placed in the Home Detention Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Michael C. Brittain | /s/Julie Wise Rosa |
| Michael C. Brittain | Julie Wise Rosa |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: February 11, 2013 |

### ORDER OF COURT

Considered and ordered this __14__ day of __February__, 2013, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge